IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FRANKLIN KENNEY,<br><br>    Petitioner,<br><br>  v.<br><br>WARDEN P.D. BRAZELTON,<br><br>    Respondent. | No. C 13-2562 LHK (PR)<br><br>ORDER OF DISMISSAL |

On June 6, 2013, Petitioner, a state prisoner proceeding *pro se*, filed a federal writ of habeas corpus. That same day, the Court sent a notification to Petitioner, informing him that he did not pay the filing fee, nor did he file a completed application to proceed in forma pauperis ("IFP"). The Court provided Petitioner with a blank IFP application, along with a return envelope, and a notification that the case would be dismissed if Petitioner failed to pay the fee, or file a completed application with supporting documentation within thirty days. To date, Petitioner has not paid the filing fee. As more than thirty days have passed since Petitioner was instructed to do so, this case is DISMISSED without prejudice. The Clerk shall terminate all pending motions and close the case.

IT IS SO ORDERED.

DATED: 7/15/13

LUCY H. KOH
United States District Judge

Order of Dismissal
G:\PRO-SE\LHK\HC.13\Kenney562disifp.wpd