IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN FRANKLIN KENNEY, | ) | No. C 13-2562 LHK (PR) |
| Petitioner, | ) ) | JUDGMENT |
| v. | ) ) | |
| WARDEN P.D. BRAZELTON, | ) ) | |
| Respondent. | ) ) | |

The Court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 7/15/13

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Judgment
G:\PRO-SE\LHK\HC.13\Kenney562jud.wpd