UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOHN FRANKLIN KENNEY,

        Plaintiff,

  v.

P D BRAZELTON et al,

        Defendant.

Case Number: CV13-02562 LHK

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 14, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Franklin Kenney G-39748
Pleasant Valley State Prison
P.O. Box 8500
Coalinga, CA 93210-8500

Dated: April 14, 2014

                                          Richard W. Wieking, Clerk
                                          By: MARTHA BROWN, Deputy Clerk