1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| JOHN FRANKLIN KENNEY, | Case No. C 13-2562 LHK (PR) |
|---|---|
| Petitioner, | [~~PROPOSED~~] ORDER |
| v. | |
| WARDEN P.D. BRAZELTON, | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that the time within which respondent is to respond to the Order to Show Cause filed April 14, 2014, and provide the state court record, will be extended to August 12, 2014. If petitioner wishes to file a traverse, he shall do so within 30 days of service of the response. *No further extensions will be granted.*

Dated: 6/20/14

*Lucy H. Koh*
The Honorable Lucy H. Koh

1